UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CORTINA,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,<br><br>    Respondent. | Case No. 19-cv-08468-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order of Dismissal, the instant action is dismissed without prejudice to filing a civil rights action under 42 U.S.C. §1983. Judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: 1/30/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge